IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

XZAVIOUS MONTREZ BROWN,

Defendant.

CRIMINAL ACTION NO.
1:93-CR-377-1-TWT

**ORDER**

This is a criminal action.   It is before the Court on the Report and Recommendation [Doc. 282] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 281]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 281] is DENIED. The Defendant's Motion for an Order to Show Cause [Doc. 284] appears to seek habeas relief under 28 U. S. C. § 2255. The Defendant may not file a second or successive motion to vacate sentence under 28 U. S. C. § 2255 without obtaining permission from the Court of Appeals. The Defendant's Motion for an Order to Show Cause [Doc. 284] is DENIED.

SO ORDERED, this   7th   day of April, 2026.


THOMAS W. THRASH, JR.
United States District Judge